■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRA CURTIS, Appellant.—Judgment unanimously affirmed, and counsel's application to withdraw granted, there being substantial compliance with People v Crawford (71 AD2d 38). (Appeal from judgment of Monroe Supreme Court—criminal sale controlled substance, third degree.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD HODGE, Appellant.—Case held, decision reserved and matter remitted to Supreme Court, Erie County, for proceedings on defendant's motion pursuant to CPL 30.30. (Appeal from judgment of Erie Supreme Court—driving while intoxicated.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.